IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TALLY ANN ROWAN,

                Petitioner,                              ORDER

      v.                                                  09-cv-224-slc

PIERCE COUNTY JAIL,
NANCY HOVE, MIKE KNOLL,
SANDY LARSON, PEGGY SCHUTZ,
DIANE DUBOIS, MIKE WALTZ,
and NEIL GULBRANSON,
                Respondents.

---

      Petitioner Tally Ann Rowan, a prisoner at the Pierce County jail in Ellsworth, Wisconsin, has submitted a proposed complaint. She asks for leave to proceed *in forma pauperis*. Because petitioner is a prisoner, she is subject to the 1996 Prisoner Litigation Reform Act. This means that before this court may decide whether she can proceed with her complaint *in forma pauperis*, petitioner will have to make an initial partial payment of the filing fee. From the trust fund account statement petitioner has submitted, I calculate her initial partial payment to be $5.40. Also, she must pay the remainder of the fee in monthly installments even if her request for leave to proceed is denied. Petitioner should show a copy of this order to prison officials to insure that they are aware they should send petitioner's initial partial payment to this court.

ORDER

      IT IS ORDERED that petitioner is assessed $5.40 as an initial partial payment of the $350 fee for filing this case. She is to submit a check or money order made payable to the clerk

of court in the amount of $5.40 on or before May 8, 2009. If, by May 8, 2009, petitioner fails to make the initial partial payment or show cause for her failure to do so, she will be held to have withdrawn this action voluntarily. In that event, the clerk of court is directed to close this file without prejudice to petitioner's filing her case at a later date.

 Entered this 20th day of April, 2009.

        BY THE COURT:

        /s/

        _____
        STEPHEN L. CROCKER
        Magistrate Judge