IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TALLY ANN ROWAN,

    Plaintiff,

v.

PIERCE COUNTY JAIL,
SANDY LARSON, MELANIE BROOKE
and NATALIE STOCKWELL,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-224-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case without prejudice.

_____
Peter Oppeneer, Clerk of Court

9/28/2010
Date